## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Emoji Company GmbH

                      Plaintiff,

v.

Case No.: 1:23−cv−15917

Honorable Robert W. Gettleman

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 12, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 12/12/2023. No defendant appeared on the hearing. For the reasons stated on the record, Plaintiff's Motion For Entry Of A Preliminary Injunction [27] is granted. Enter order. The law firm of Hughes Socol Piers Resnick & Dym, Ltd. is ordered to add ALL Defendant names listed in the Schedule A to the docket within three business days. Instructions can be found on the court's website. The Clerk is directed to unseal Plaintiffs' Complaint [1], Schedule A to the Complaint [7], Exhibit 2 to the Declaration of Anna Reiter [Dkt. Nos. 12–19], and the TRO [22]. Telephonic hearing set for 1/30/2024 at 9:15 a.m. on the Webex platform. Parties will not be asked to start their video. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.