

 

Search everything at Walmart online and in store

How do you want your items? | 1001 Foster Ave | Cicero Supercenter

Clothing / Womens Clothing / Womens Tops & T-Shirts / Womens Blouses












Roll over image to zoom in

PIMOXV

Ladies Christmas Snowman Emoji Print Long Sleeve Top Women Fashion Christmas Snowman Print O-Neck Long Sleeve T-shirt Blouse Pullover

**$21.98**

Price when purchased online ⓘ

Buy now | − Max 12 +

Color: 01Light blue



$21.98 | $21.98 | $21.98

Clothing Size: L          Size guide

| S | M | L |
| XL | XXL | XXXL |
| XXXXL | XXXXXL | |

🚚 Free shipping, **arrives by Tue, Nov 22** to 1001 Foster Ave
More options

📦 Sold and shipped by PIMOXV | shen zhen shi zhang xin ze mao yi you xian gong si
★★☆☆☆ 10 seller reviews

🔄 Free Holiday returns until Jan 31   Details

♡ Add to list        🏷 Add to registry

Sponsored
**$16.99**



Dillar Women Fashion Solid Color Christmas...

3+ day shipping

## Popular items in this category

Bestselling items that customers love





Clearance



**$9.98**
Time And Tru Women's Knit Turtleneck Top
★★★★☆ 2
3+ day shipping

**$10.00**
Time And Tru Women's Hacci Top
★★★★★ 24
3+ day shipping

**$13.00** $19.98
Time and Tru Women's B... with Puff Sleeves
★★★★☆ 23
2-day shipping

## About this item

### Product details

Women Fashion Christmas Snowman Print O-Neck Long Sleeve T-shirt Blouse Pullover

Please check the Size Chart before order. If you are not sure the size, please send message to us.
Material:80%
Polyester+20% Cotton.This Christmas hoodies for women is soft,cozy and lightweight.Comfortable to wear in spring,fall or winter
Features:Just hanging with my gnomies sweatshirt,x-mas hooded tops, gnomies shirt,snowman hoodie,cute graphic shirt
Style:Cute gnomes print design funny Christmas sweater,is super trendy and looks very flattering.These xmas pullover hoodie can pair with jeans
100% Brand new and well made.This women funny cute Christmas shirt can be the upcoming Christmas gift,Thanksgiving days gifts,also can be a casual style sweatshirt to keep warm in winter.
Fashion design, 100% Brand New, high quality!
Product information:
Material: Polyester
Neckline: O-Neck
Sleeve: Long Length: Regular
Style: Fashion

Case 23-cv-01591 Document 1 Filed 01/05/24 Page 2 of 5 PageID 1986

Style: Fashion

**Gender:** Women

**Occasion:** Casual, daily, party, work, home, going out, night out, date, beach, school, vacation, etc.

**Garment care:** Hand wash cold, do not bleach, hang dry, low iron if necessary

**Package contents:**1pc Women topSize

- 2022 Fall Winter Sale Clearance Reduced Price
- Dear Queen,please check our size chart,our size runs small,we advise to Order a size up. If you like to be looser, please run a size up. Thank you!!
- Material:Breathable,lightweight,warm and comfortable to wear.This top can be washed by machine and dries quickly. It will not shrink significantly in the wash
- Match: Daily Wear, Home, Work, Street Wear, Party, Dates, Vacation, Shopping, Cafes and Other Casual Occasions. Pair perfectly with necklace, skinny jeans, leggings and boots for a stylish look in warmer weather. It can be used as a bottoming-shirt in a windbreaker, jacket or cardigan to keep warm in colder weather.
- Womens coats shirts blouses jacket cardigan sweatshirts sweaters hoodies outerwear clothes clothing costumes blazer fall winter halloween thanksgiving christmas black friday cyber monday happy new years valentines easter st.patrick day ladies oversized plus size loose fit corduroy shacket denim casual beach cotton linen chiffon fashion best seller spring fall winter 2022 funny novelty vintage graphic print floral folklore ombre tie dye plaid plain solid 4th of july hawaiian white button down maternity cropped v neck crewneck sleeveless 3/4 long short flare lantern puff sleeve workout basic henley halter sexy sleep hiking yoga sports birthday rhinestone holiday aesthetic running cutout off shoulder tops for women wedding guest plus size summer black midi formal sexy cocktail sun casual bodycon tshirt beach one shoulder hawaiian maxi long halter casual red prom shirt women summer mommy and me spring work club african vintage 1950s petite kaftan green birthday sexy elegant mini tropical a line ruched maternity tennis date night party 4th of july cute fall winter going out church vacation holiday floral chiffon modest boho bohemian cutout swim workout girls trendy denim tank new release summer dresses for women
- Womens Summer Blouses Square Neck Long Sleeve Sexy Shirts for Women Dressy Casual Tops Womens Button Down Lapel Collar Tank Tops with Pockets Summer Sleeveless Lightweight Flowy Chiffon Shirts Women's Summer Casual Blouse V Neck Tunic Shirts Ruffle Cap Sleeve Tops Womens Tops Casual Floral Print Lace Crochet Short Sleeve Crewneck Summer Loose Blouse Satin Blouse Long Sleeve Silk Button Down Shirts for Women Oversized Casual Top Sexy Loose Tunics Formal Shirt Womens Tops Puff Short

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications                                                                            ∧

**Country of Origin - Textiles**
USA or Imported

**Brand**
PIMOXV

**Fabric Content**
Cotton Blend

**Gender**
Female

**Model**
2022 Fall Winter Halloween Sale Clearance Reduced Price

## Directions                                                                                 ∧

**Fabric Care Instructions**
Machine Washable/Hand Wash

## Warnings                                                                                   ∧

⚠ **WARNING - California Proposition 65**
No

💬 Report incorrect product information

## Products related to this item



| Reduced price | Clearance | Reduced price |
|---|---|---|

🤍 (heart icons)

**From $11.68**

Women Stripe Splice Long Sleeve Crew Neck Shirt

★★★★☆ 702

3+ day shipping

Sponsored

**From $15.26**

ppyoung Women's Summer Short Sleeve Tunic Tops Fit Pleated Blouses

★★★★☆ 142

2-day shipping

**From $15.98**

Women Short Sleeve Crew Button Tops

★★★★☆ 80

2-day shipping



Earn 5% cash back on Walmart.com. See if you're pre-approved with no credit risk. Learn more

## Products you may also like

Sponsored

   

**$16.99**
Dillar Women Fashion Solid Color Christmas Print Long Sleeve...

3+ day shipping

**$27.44**
Woman Within Women's Plus Size Short-Sleeve... Crewneck Tee Dress

★★★★ 116

3+ day shipping

**$26.94**
Woman Within Women's Plus Size Perfect Three-Quart...

★★★★ 3211

3+ day shipping

**Now $30.61**
Woman Within Women's Plus Size Perfect Long Sleeve... Shirt

3+ day shipping

## Customer reviews & ratings

☆☆☆☆☆ (0 reviews)

Write a review

This item doesn't have any reviews yet.

## More items to explore

Sponsored

      

**$27.44**
Woman Within Women's Plus Size Short-Sleeve...

★★★★ 116

3+ day shipping

**$26.94**
Woman Within Women's Plus Size Perfect Three-Quarte...

★★★★ 3211

3+ day shipping

**Now $17.49**
Woman Within Women's Plus Size Petite Perfect Long-...

★★★★ 2569

3+ day shipping

**Now $30.61**
Woman Within Women's Plus Size Perfect Long Sleeve...

3+ day shipping

**$26.99**
Woman Within Women's Plus Size Perfect Long-Sleeve...

★★★★ 2612

3+ day shipping

**$26.99**
Woman Within Women's Plus Size Perfect Long-Sleeve...

★★★★ 1136

3+ day shipping

## Recently viewed items

Based on your most recent browse history

  

 

● ● ● ● +1

**From $11.95** +$3.99 shipping
Awkward Styles Thanksgiving T-Shirt Turkey Emojis Shirts for Women

3+ day shipping

Sponsored
**$12.00**
OoohYeah Women's Funny Emoji Crew Socks, Crazy Cat Lady, Novelty Cute Cotton Socks

2-day shipping

● ● ● ●
**From $15.18**
NIB - Women's T-Shirt Short Sleeve, Emoji Group

3+ day shipping

‹ Back to item



## PIMOXV

★★⯪☆☆  See all 10 reviews
2.7 stars out of 5

**30%** ⟋ Overall Positive Rating

✉ Contact seller

☎ (+86) 13064619604

📍 

About seller

Tax policy

### More items from this seller

   

| | | | |
|---|---|---|---|
| ⊕ Add | ⊕ Add | ⊕ Add | ⊕ Add |

**$15.66** | **$20.46** | **$20.46** | **$16.89**

Fashion Woman Causal Button Solid Blouse Short Sleeve T-Shirt...

Reduced Price and Clearance Sale Long Sleeve Pullover for...

Reduced Price and Clearance Sale Womens Open Front Lapel...

IT'S FALL Y'ALL Women's Round Neck Autumn Print Short Sleeve Top ...

★★★⯪☆ 3

### Seller reviews

## 2.7 out of 5

★★⯪☆☆ (10 reviews)

| | | |
|---|---|---|
| 5 stars | ▬▬▬▬▬▬▬▬▬▬ | 2 |
| 4 stars | ▬▬▬▬▬ | 1 |
| 3 stars | ▬▬▬▬▬▬▬▬ | 2 |
| 2 stars | ▬▬▬▬▬▬ | 2 |
| 1 star | ▬▬▬▬▬▬▬▬▬▬▬ | 3 |

**3 reviews**   Sort by | Newest to oldest ▾

---

★☆☆☆☆                    08/30/2022

Jacket arrived wet, has an odor even after washing,
Seller will not respond, fake button holes, can't button
the jacket up at all and sleeves. Seller will not respond.
Terrible service.

marie

---

★☆☆☆☆                    10/20/2022

Stephanie

---

★☆☆☆☆                    10/28/2022

Deborah

---

### About seller

ⓘ

This seller may also engage in manufacturing, importing or reselling consumer products.

shi yi jia ji he xiao shou ? shou hou wei yi ti de duo yuan hua gong si ? you jue dui de zhi liang ji ji shu you shi ? liang hao de jin sheng ti xi ? xian jin de jing ying li nian ? chuang zao fa zhan kong jian ? ti sheng yuan gong jia zhi ? ti gao sheng huo zhi liang wei shi ming ?

### Tax policy

Same sales policy as Walmart





**Free shipping, arrives by Tue, Nov 22**

1001 Foster Ave, Bensenville, IL 60106

Edit

**Delivery instructions**

Add

Add gate codes or other useful information.

**Items details**

Hide details

Sold and shipped by PIMOXV

Ladies Christmas Snowman Emoji Print Long Sleeve Top Women Fashion Christmas Snowman Print O-Neck Long Sleeve T-shirt Blous... Qty 12 $263.76
Actual Color: 01Light blue, Clothing Size: L $21.98 ea

**Place order for $284.86**

By placing this order, you agree to our Privacy Policy and Terms of Use

Subtotal (12 items) $263.76
Shipping Free
Estimated taxes $21.10

**Estimated total** $284.86

Have a promo code?



**Payment method**

**We'll look for smart ways to pay**
We'll suggest payment methods that work best with eligible items in your cart.

VISA Ending in ████ $284.86

Edit payment

Or pay $18/mo with affirm Apply now



**Mobile contact**

We'll contact you in case anything comes up with your order.

*Required field

Phone number (10 digits)*

☑ I want to receive text updates about the status of my order.

Message and data rates may apply. Number and frequency of automated texts may vary based on your order. Consent not required for purchase. By continuing, you agree to our Mobile Alert Terms.



**Walmart**

**W+ members enjoy free delivery from store, free shipping with no order minimum, fuel discounts and more!**

○ Annual Best value
$98/year after 30-day trial

○ Monthly
$12.95/month after 30-day trial

● I'm not interested in trying Walmart+