IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Emoji Company GmbH | | |
| Plaintiff, | | Case No. 23-15917 |
| | | Robert W. Gettleman |
| v. | | |
| PIMOXV | | |
| Defendant | | |

## Notice of Motion Withdrawal

Defendant PIMOXV and Plaintiff have reached a settlement agreement. PLEASE TAKE NOTICE that Defendant hereby withdraws its Motion to Dismiss Plaintiff's Complaint and Vacate Preliminary Injunction [Dkt.38] filed on December 25, 2023. Defendant thanks the Court for the time and attention to this matter.

Thank you and Best Regards,

Date: January 6, 2024

Respectfully submitted
/s/Liang QinZhang
Email: fgrbxbx@126.com
Address: Building A, Zone 2, Xinyuanda Industrial Park, Gaofeng Community, Long Hua District, Shenzhen, China 518000
188-2044-3565