**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Emoji Company GmbH

                                       Plaintiff,

v.                                                                                     Case No.: 1:23−cv−15917

                                                                                                   Honorable Robert W. Gettleman

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto, et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 8, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: On defendant PIMOXV's Notice of Motion Withdrawal [53], the court grant's defendant's request and PIMOXV's motion to dismiss and vacate [38] is withdrawn. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.