## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Emoji Company GmbH

                                              Plaintiff,

v.                                                               Case No.: 1:23−cv−15917

                                                                 Honorable Robert W. Gettleman

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, January 14, 2024:

      MINUTE entry before the Honorable Robert W. Gettleman: On plaintiff's Notice [60] and pursuant to Federal Rule of Civil Procedure 41(a)(1) all remaining defendants are dismissed without prejudice. Each party shall bear its own attorney';s fees and costs. Telephonic hearing set for 1/24/2024 is stricken. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.